UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENKEN WRIGHT & ASSOCIATES, LLC, a Washington limited liability corporation,<br><br>Petitioner,<br><br>v.<br><br>TERRY NAFSO, a California resident,<br><br>Respondents. | NO. C10-1250 RSM<br><br>ORDER OF JUDGMENT AND CONFIRMING ARBITRATION AWARD |

THIS MATTER having come before the Court on the motion of Petitioner Henken Wright & Associates, LLC ("Petitioner") and the Court having reviewed the relevant pleadings and papers including:

1. Claimant's Motion to Confirm Arbitration Award;

2. Declaration of Jennifer M. Beyerlein and attached exhibits;

3. Declaration of Service upon Terry Nafso; and

4. _____.

THE COURT makes the following findings of fact:

1. The Arbitration Award ("Award") attached as Exhibit A to the declaration of Jennifer M. Beyerlein was rendered against respondent Terry Nafso in favor of Claimant on April 23, 2010.

2. The Award has not been modified, corrected, or vacated; and

ORDER OF JUDGMENT AND CONFIRMING
ARBITRATION AWARD - 1

119919.0005/1845030.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

3. Respondent Nafso was served with the statutorily required notice of the hearing to confirm the Award in accordance with 9 U.S.C. § 9.

NOW THEREFORE, it is ORDERED:

1. The Award is confirmed pursuant to 9 U.S.C. § 9;

2. Final judgment shall be entered against Respondent Terry Nafso and in favor of Claimant Henken Wright & Associates, LLC in the amount of $305,172.66; and

3. In accordance with the Award, interest shall accrue on this judgment at the rate of 12% per annum from April 23, 2010, the date the Award was rendered, until the judgment is fully paid.

DONE IN OPEN COURT this 3rd day of November 2010.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By */s/ Jennifer M. Beyerlein*
Jennifer M. Beyerlein, WSBA No. 35754
Attorneys for Petitioner Henken Wright
& Associates, LLC

ORDER OF JUDGMENT AND CONFIRMING
ARBITRATION AWARD - 2

119919.0005/1845030.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107